United States District Court
Southern District of Texas
**ENTERED**
August 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NESTOR GABRIEL AGUIRRE NAVARRO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-2795 |
| WARDEN, MONTGOMERY PROCESSING CENTER, *et al.* | § | |
| | § | |
| Respondents. | § | |

**ORDER OF DISMISSAL**

Petitioner Nestor Gabriel Aguirre Navarro filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1) when detained in the custody of officials with Immigration and Customs Enforcement (ICE). The respondents filed a motion for summary judgment (Dkt. 6) and the petitioner responded (Dkt. 7). The parties refer to a bond hearing set for June 2, 2026, shortly after their briefing was complete. Public online records reflect that the petitioner is no longer in ICE custody. *See* Online Detainee Locator System, United States Immigration and Customs Enforcement, available at https://locator.ice.gov/odls/#/search (last visited Aug. 27, 2026). On August 12, 2026, the Court ordered the petitioner to file a status report within five days but, to date, petitioner has not filed anything.

Because the record reflects without contradiction that the petitioner is no longer in custody, the Court **ORDERS** that this habeas action is **DISMISSED as moot**. *See Ctr.*

*for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990).

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on August 28, 2026.

George C. Hanks Jr.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE